THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17CR0525 CDP ) |
| DANIEL AVETTA, | ) ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE OBJECTIONS TO PSR UNDER SEAL**

Comes now Defendant Daniel Avetta, by and through counsel, Bevy Beimdiek, Assistant Federal Public Defender, and requests leave to file Defendant's Objections to the Presentence Report under seal as they refer to confidential juvenile matters.

Respectfully submitted,

/s/  *Bevy Beimdiek*
BEVY  BEIMDIEK  # 33753 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Bevy_Beimdiek@FD.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2018, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Colleen Lang, Assistant United States Attorney.

/s/  *Bevy Beimdiek*
BEVY BEIMDIEK
Assistant Federal Public Defender