UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17CR0525 CDP |
| | ) |
| DANIEL AVETTA | ) |
| a/k/a "Jessica Gable", | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

COMES NOW the United States of America, by and through Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Colleen C. Lang, Assistant United States Attorney for said District, and hereby moves this Court to allow the Government to file their sentencing memorandum, sentencing exhibits and victims impact statements under seal.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Colleen C. Lang
COLLEEN C. LANG, #56872MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Colleen C. Lang
COLLEEN C. LANG, 356872MO
Assistant United States Attorney